# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GERARD BELL

NO. 2025 KW 0384

**AUGUST 14, 2025**

---

In Re:    Gerard Bell, applying for rehearing, 23rd Judicial District Court, Parish of Ascension, No. 49312.

---

**BEFORE:  THERIOT, LANIER, AND MILLER, JJ.**

**APPLICATION FOR REHEARING DENIED.** An application for rehearing will not be considered where this court denied the original writ application. See Uniform Rules-Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT